**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**KENNY F. EDMONSON**                                                         **PLAINTIFF**

**VERSUS**                             **CIVIL ACTION NO. 3:08-cv-66-TSL-JCS**

**WILSON AUTO INC., et al.**                                   **DEFENDANTS**

<u>FINAL JUDGMENT</u>

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the order this case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 27th day of April, 2009.

                                        /s/Tom S Lee
                                        UNITED STATES DISTRICT JUDGE